UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELYN CASTILLO, *on behalf of herself and all others similarly situated,*

    Plaintiff,

-against-

127 EAST 23RD STREET LLC d/b/a GRAMERCY THEATRE,

    Defendant.

Case No.: 18-cv-7474

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Evelyn Castillo, are hereby dismissed without prejudice, in their entirety, as against Defendant, 127 East 23rd Street LLC d/b/a Gramercy Theatre, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 6, 2018
    New York, New York

                                                           Lee Litigation Group, PLLC
                                                           30 East 39th Street, Second Floor
                                                           New York, NY 10016
                                                           Phone: (212) 465-1188

                                                           C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J.